# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHREEJI, LLC, a Wyoming Limited Liability Company;** <br><br> Plaintiff, <br><br> vs. <br><br> **WESTERN WORLD INSURANCE GROUP,** <br><br> Defendant. | **8:24CV88** <br><br> **ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **March 17, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 31st day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge