IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHREEJI, LLC, a Wyoming Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN WORLD INSURANCE GROUP,<br><br>　　　　　Defendant. | 8:24CV88<br><br>**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE** |

　　　This case is before the Court on the parties' Joint Stipulation to Dismiss with Prejudice, signed by counsel for the parties. Filing 28. The parties request that the Court dismiss this case with prejudice because the parties have entered into a settlement agreement as of February 28, 2025. Accordingly,

　　　IT IS ORDERED that the parties' Joint Stipulation to Dismiss with Prejudice, Filing 28, is accepted, and this matter is dismissed with prejudice with each party to pay its own costs.

　　　Dated this 19th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1